1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7             IN THE UNITED STATES DISTRICT COURT FOR

8                THE EASTERN DISTRICT OF CALIFORNIA

9                           AT FRESNO

10 CRISTOFER LLANES            )
                               )   1:06-CV-901 OWW LJO
11                             )
          Plaintiff,           )   STIPULATION AND ORDER
12                             )
   vs.                         )
13                             )
   JO ANNE B. BARNHART,        )
14 Commissioner of Social      )
   Security,                   )
15                             )
          Defendant.           )
16 _____)

17

18     IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted a 30 day extension of time, until December 27, 2006, in which to

20 serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed,

21 July 17, 2006, shall proceed under the time limit guidelines set therein.

22 / /

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

1 | Dated: November 27, 2006  /s/ Gina Fazio

2 | GINA FAZIO,
Attorney for Plaintiff.

3 | Dated: November 28, 2006

4 | MCGREGOR SCOTT
United States Attorney

5 |

6 | By: /s/ Kristi C. Kapetan
(as authorized via facsimile)
KRISTI C. KAPETAN

7 | Assistant U.S. Attorney

8 | IT IS SO ORDERED.

9 | **Dated:    December 6, 2006**          **/s/ Lawrence J. O'Neill**
b9ed48                                    UNITED STATES MAGISTRATE JUDGE