IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRISTOFER LLANES, | ) | 1:06cv0901 OWW NEW (DLB) |
| | ) | |
| | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | (Document 21) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On April 4, 2007, the parties stipulated to extend the time for filing Plaintiff's opening brief to May 2, 2007. Plaintiff's request is GRANTED. Plaintiff SHALL file his opening brief by May 2, 2007.

IT IS SO ORDERED.

Dated:   **April 12, 2007**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1