1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

7             IN THE UNITED STATES DISTRICT COURT FOR

8                THE EASTERN DISTRICT OF CALIFORNIA

10 CRISTOFER LLANES            )
                               )   1:06-CV-0901 OWW NEW (DLB)
11                             )
          Plaintiff,           )   STIPULATION AND ORDER TO DISMISS
12                             )
   vs.                         )
13                             )
   JO ANNE B. BARNHART,        )
14 Commissioner of Social      )
   Security,                   )
15                             )
          Defendant.           )
16 _____)

18      IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil

19 Action filed on July 7, 2006 on behalf of Plaintiff be dismissed. After thorough review of

20 the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue.

21 Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

22      Dated: May 2, 2007              /s/ Gina Fazio

23                                      GINA FAZIO, ESQ.
                                        Attorney for Plaintiff
24
        Dated: May 23, 2007
25                                      MCGREGOR SCOTT
                                        United States Attorney
26
                                        By: /s/ Leo R. Montenegro
27                                      (as authorized via facsimile)
                                        LEO R. MONTENEGRO
28                                      Assistant U.S. Attorney

1   IT IS SO ORDERED.

2   Dated:  ____May 25, 2007____          /s/ Dennis L. Beck
                                          DENNIS L. BECK
3                                         United States Magistrate Judge