Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOFER LLANES ) | 1:06-CV-0901 OWW NEW (DLB) |
| Plaintiff, ) | STIPULATION AND ORDER TO DISMISS |
| vs. ) | |
| JO ANNE B. BARNHART, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on July 7, 2006 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: May 2, 2007        /s/ Gina Fazio

  GINA FAZIO, ESQ.
  Attorney for Plaintiff

Dated: May 23, 2007

  MCGREGOR SCOTT
  United States Attorney

  By: /s/ Leo R. Montenegro
  (as authorized via facsimile)
  LEO R. MONTENEGRO
  Assistant U.S. Attorney

1
2  IT IS SO ORDERED.
3  **Dated:   May 26, 2007**                               **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2